# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LAYLA SHAYNE JOHNSON**                                                   **PLAINTIFF**

**4:10CV00161-BRW**

**MICHAEL J. AUSTERE,**
**Commissioner of the**                                                      **DEFENDANT**
**Social Security Administration**

## JUDGMENT

Consistent with the order entered today, it is considered ORDERED and ADJUDGED that Plaintiff's request for relief is DENIED.

Accordingly, this case is dismissed in its entirety.

IT IS SO ADJUDGED this 22nd day of April, 2011.


                                                                          /s/Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE